

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00455-CV

**IN THE INTEREST OF Y.M.** and J.A.V., Jr.

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00111
Honorable Monique Diaz, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Chief Justice
           Rebeca C. Martinez, Justice
           Liza A. Rodriguez, Justice

Delivered and Filed: October 2, 2019

DISMISSED IN PART

Appellant J.A.V., Jr. has filed a motion to withdraw his notice of appeal and to dismiss his portion of the appeal. The motion contains a certificate of service to appellees, who have not opposed the motion. Therefore, we grant the motion and dismiss the appeal as to J.A.V., Jr. only. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM